IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>v.<br><br>BENJAMIN MARTIN,<br><br>Defendant. | CASE NO. 1:21-cr-00562 (RC) |

### ORDER

Upon consideration of the United States' unopposed motion to dismiss Count Two of the Superseding Indictment, it is hereby

ORDERED that the motion is GRANTED; and it is further

ORDERED that Count Two of the Superseding Indictment, which charged the defendant with Obstruction of an Official Proceeding, in violation of 18 U.S.C. §§ 1512(c)(2) and 2, is hereby dismissed.

Date: 10/15/2024

_____
UNITED STATES DISTRICT JUDGE