| | |
|---|---|
| **From:** | ▌ |
| **To:** | Diamond, Alexander (USADC) |
| **Subject:** | [EXTERNAL] Re: January 6th Defendant |
| **Date:** | Wednesday, June 7, 2023 6:11:11 PM |
| **Attachments:** | image001.png |

Good afternoon Mr. Diamond,

 I wanted to respond to your inquiry. I won't be readily available to meet as I will be taking a fair amount of terminal leave this month in preparation for retirement in July. So I hope this email will suffice.
 I hadn't spoken to any attorneys regarding this, only an agent from my own department who contacted me a couple years ago by phone.

The two individuals pictured (not including the individual with the camera) were the first I made contact with from a very large group that entered a door on the NE side of the Capitol, which had been damaged and lock broken some minutes before. The two individuals were the first two in the lead of the group.

 I outstretched my arms to indicate they were not to pass where I was standing. And although I do not remember stating "You're here now.,  I do remember clearly stating they could not be there and needed to leave, as well as informing them the Capitol was closed and there could be a variety of charges including trespassing and unlawful entry. After repeated attempts to convince them to leave the Capitol immediately, the individuals pictured lead the entire group (by their being in front and verbally encouraging the group behind them) past me and walked further into the inside of the Capitol Building ignoring my instructions, which I still continued to repeat.

 As brief as the description of this encounter may seem, I only wanted to be as specific and concise as possible with what I recall, and not include any information I wasn't sure of. Again, I hope this can assist in whatever way possible and I thank you for your time and consideration.

Officer ▌
United States Capitol Police


> On Jun 7, 2023, at 3:50 PM, Diamond, Alexander (USADC) <Alexander.Diamond@usdoj.gov> wrote:
>
> CAUTION: This email originated from outside of the organization. Do not click links or open attachments unless you recognize the sender and know the content is safe and relevant.